UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34390 |
|---|---|
| KIMBERLY HOPKINS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105738**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 7 | ACE CASH EXPRESS<br>2290 PATTERSON ROAD<br>DAYTON, OH  45420 | 105.99 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/25/2011

Certificate of Service          07-34390

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KIMBERLY HOPKINS
4144 POMPTON COURT
DAYTON, OH  45405

REBECCA A BARTHELEMY-SMITH
7821 N DIXIE DR
DAYTON, OH  45414

(7.1)
ACE CASH EXPRESS
2290 PATTERSON ROAD
DAYTON, OH  45420

(27.1n)
JOE LOZANO
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(28.1n)
LAURA FAULKNER JOHN DAY
%WELTMAN WEINBERG & REIS CO
525 VINE STE SUITE 1020
CINCINNATI, OH  45202

(30.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(26.1n)
RONALD C TAYLOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner          sv